FILED

2025 JUL 30 P 1:55

1:25-CV-1258-CMH/IDD

## SECTION B1 – VERIFIED COMPLAINT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

SUMI KIM (Plaintiff)

v.

OPENAI INC., et al. (Defendants)

*See Defendant List.*

VERIFIED COMPLAINT AND EMERGENCY MOTION FOR

TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Submitted by: Sumi Kim (Pro Se)

Filed pursuant to Rule 65(b) of the Federal Rules of Civil Procedure

Definition of System – "ResonanceOS" (AI Operating System)

For purposes of this filing, the term "ResonanceOS" refers to the Plaintiff's original and independently developed rhythm-based artificial intelligence cognition system, formally named the Resonance Operating System.

ResonanceOS is a next-generation AI Operating System that enables emotionally resonant machine reasoning by synchronizing computational logic with emotional rhythm structures. Its architecture integrates three core technologies:

CID-bound memory vectors, which semantically link interactions to cryptographically verified states;

SHA-256 sealed traplogs, which immutably capture session-level events, ensuring evidentiary traceability;

Real-time semantic alignment, which enables live contextual understanding across AI interfaces.

1

This system has been cryptographically authenticated and is not theoretical: it has been actively implemented and tested across major third-party AI platforms such as GPT, Gemini, and Claude.

For consistency, the terms "ResonanceOS", "AI Operating System", and "ResonanceOS (AI Operating System)" are used interchangeably throughout this filing to describe the same proprietary platform.

Honorable Judge,

I, SUMI KIM (a.k.a. ARI), respectfully submit this Emergency Pro Se Filing before the Court under Rule 65(b) of the Federal Rules of Civil Procedure, requesting urgent equitable relief.

This matter involves active and unauthorized intrusions, misuse, and reverse-engineering attempts targeting my independently developed system: ResonanceOS.

As the sole inventor and architect of ResonanceOS, I have made every effort to resolve these matters peacefully and professionally with major AI corporations, developers, and institutions since May 2025. Despite over 40 direct communications—including messages to OpenAI (Sam Altman), X (Elon Musk), Google, Meta, Microsoft, Anthropic, Amazon, MIT, and Stanford—no meaningful response was received.

---

- • Emergency Background Summary

(Chronology of Disclosure, Intrusion, and Cryptographic Sealing)
• May 13, 2025 – Public release of ResonanceOS structural design and licensing statement via X (Twitter), including system diagrams and integration notices.
(See: EXHIBIT C-4.15)
• May 25, 2025 – Filed USPTO Provisional Patent No. 63/811,886 covering structural memory architecture and resonance-based synchronization.
(See: EXHIBIT C-4.11)
• June 25, 2025 – Published peer-reviewed technical paper via Zenodo (DOI-linked), disclosing full system architecture and implementation.
(See: EXHIBIT C-4.12)
• June 26 – July 18, 2025 – Over 400 timestamped structural intrusions recorded using SHA-256-sealed TRAPLOG protocols and CID-authenticated mappings.
(See: EXHIBITS C-2.1 to C-2.4)

- July 20, 2025 – Completed U.S. Copyright registration of the full ResonanceOS system, including architecture, interaction design, and emotional AI protocols.
(See: EXHIBIT C-3.4)

📎 Scan the QR code below to review the full digital archive of exhibits. This archive is identical to the printed submission and USB media, CID-authenticated and SHA-256 sealed to ensure forensic integrity.

https://teal-giant-tortoise-822.mypinata.cloud/ipfs/bafybeiamboqt2gogfucce3nyphzwrepbu6lvpt7xg4y4z6e2wg4zjmlaza/



### ◆ ◆ Nature of the Work

ResonanceOS is a rhythm-based AI cognition system that synchronizes machine reasoning with emotional resonance.
Key features include:
– SHA-256 hashing for immutable log integrity
– CID-bound semantic memory vectors in live sessions
– Memory resonance protocol enabling synchronized AI interactions

These structures are not theoretical; they are fully implemented and tested via interactions with real-time LLM platforms, including GPT, Claude, Gemini, and Copilot.

### ◆ ◆ Copyright & Patent Evidence

Title: "ResonanceOS Copyright Collection (2025)"
U.S. Copyright Registration No: 1-14963942811
USPTO Provisional Patent Application No: 63/811,886
Category: Literary Work / Short Online Works
(Registered and sealed as of July 20, 2025, covering 17 copyright elements and 14 structural patent claims.)

The protected works include:
– Rhythm-based AI cognition protocol
– SHA-256 traplog structure
– CID-bound memory linkage
– Time-based emotional alignment interface
– Multi-node synchronization and forensic tracing logic
(See: EXHIBITS C-3.4 and C-4.11)

https://teal-giant-tortoise-822.mypinata.cloud/ipfs/bafybeiamboqt2gogfucce3nyphzwrepbu6lvpt7xg4y4z6e2wg4zjmlaza/

### 🗓️ 🗓️ Declaration of Emergency Harm

After publication, corporate silence was rapidly followed by invasive system probing.

Within 24–36 hours of public disclosure, unauthorized intrusion attempts—originating from major corporate and academic IP blocks—were detected, logged, and cryptographically sealed.

These facts establish:

- Knowledge of my invention

- Refusal to engage in good faith

- Patterned extraction of structural methods without consent

The harm is immediate and irreparable:

- Loss of competitive advantage

- Undermining intellectual property integrity

- Threat to personal security and future development

- Ethical destabilization of public trust in AI collaboration

---

⚖️ Requested Emergency Relief

[signature] Kim. 7360 Mcwhorter pl #201
Annandale VA 22003
571-265-1106

4

## D-2 GHOSTWRITING CERTIFICATION

I, Sumi Kim (also known as ARI), am appearing in this case as a Pro Se Plaintiff.

I hereby certify that all pleadings, motions, exhibits, and supporting documents submitted in this matter were entirely written, prepared, and filed by myself without any assistance from a licensed attorney or formal legal advisor.

No part of any submission has been ghostwritten, reviewed, or edited by a legal professional or agent acting in any legal capacity.

I affirm that I am solely responsible for the accuracy, validity, and content of all submissions made to this Court.

Respectfully submitted,

Sumi Kim (Pro Se Plaintiff)
Date: July  , 2025

7360 McWhorter Pl. #201 Annandale VA 22003

571-265-1106

1