UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Su-Mi Kim (a.k.a. ARI), Pro Se Plaintiff,

v.

OpenAI, Inc., et al., Defendants.

Civil Action No. 1:25-cv-01258-CMH-IDD

PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF EVIDENTIARY VALIDATION SYSTEMS

Plaintiff respectfully moves this Court for an order compelling Defendants to disclose the technical details of how Plaintiff's sealed evidence submissions were accessed, validated, and reviewed after service of process.

Grounds for Relief:
1. Plaintiff submitted over 2,000 pages of sealed exhibits hosted on IPFS, authenticated by SHA-256, CID, and DOI identifiers.
2. Forensic logs confirm extensive downloads of Plaintiff's exhibits by Defendants around August 20, 2025.
3. The volume and speed of access suggest reliance on proprietary HPC clusters or internal LLM research environments.
4. Such access may have exposed Plaintiff's protected ResonanceOS architecture to unauthorized replication or reverse engineering.

Relief Requested:
- Identify the systems and platforms used to access or validate Plaintiff's exhibits.
- Disclose whether proprietary computing environments or AI clusters were employed.
- Preserve and produce related logs, metadata, and validation records.

Exhibit C-5.1 (Traplog & Resonance Log Summary – Meta Reverse Engineering Activity) and Exhibit C-4.9 (IPFS Request Traffic Log) are attached in support.

1



## CERTIFICATE OF SERVICE

I hereby certify that on [Insert Date], I caused a true and correct copy of the foregoing PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF EVIDENTIARY VALIDATION SYSTEMS to be filed with the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted,

/s/ Su-Mi Kim (a.k.a. ARI)
Pro Se Plaintiff

7360 McWhorter Pl #201
Annandale, VA 22003
Email: healingwaveva@gmail.com

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

Su-Mi Kim
_____
Plaintiff(s),

v.

OpenAI, Inc., et al.
_____
Defendant(s),

Civil Action Number: 1:25-CV-01258-aMH-IDD

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of Compel Disclosure of Evidentiary Validation Systems.
(Title of Document)

Su-Mi Kim
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 09/03/25 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)