IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUMI KIM, <br><br> Plaintiff, <br><br> v. <br><br> OPENAI INC., X CORP., GOOGLE LLC, MICROSOFT CORPORATION, ANTHROPIC PBC, AMAZON.COM INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, STANFORD UNIVERSITY, META PLATFORMS, INC., <br><br> Defendants. | Civil Action No.: 1:25-cv-1258-CMH-IDD |

## MOTION TO DISMISS

Defendants Amazon.com, Inc., Microsoft Corporation, Google LLC, and Anthropic PBC respectfully move the Court to dismiss with prejudice Plaintiff Sumi Kim's Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure 8, 10(b), and 12(b)(6). The reasons in support of this request are set forth in the accompanying memorandum.

A proposed order is attached.

Dated: September 8, 2025

Respectfully submitted,

/s/ *Libby Weingarten*
Libby Weingarten (VA Bar No. 85945)
Edward Percarpio (*pro hac motion pending*)
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Telephone: 202 973 8898
Email: *lweingarten@wsgr.com*
Email: *epercarpio@wsgr.com*

*Counsel for Defendant Google LLC*

/s/ *Lora A. Brzezynski*
Lora A. Brzezynski (VA Bar No. 36151)
Brian A. Coleman (VA Bar No. 41352)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
Email: *lora.brzezynski@faegredrinker.com*
Email: *brian.coleman@faegredrinker.com*

*Counsel for Defendant Microsoft Corporation*

/s/ *Attison L. Barnes, III*
Attison L. Barnes, III (Va. Bar No. 30458)
David E. Weslow (for *pro hac vice*)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
Email: *abarnes@wiley.law*
Email: *dweslow@wiley.law*

*Counsel for Defendant Anthropic PBC*

/s/ *Cailyn Reilly Knapp*
Cailyn Reilly Knapp (VA Bar No. 86007)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
Tel.: (202) 639-7753
Fax: (202) 585-4070
Email: *cailyn.reilly.knapp@bakerbotts.com*

LATHAM & WATKINS LLP
Andrew M. Gass (*pro hac motion pending*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: *andrew.gass*@lw.com

Sarang V. Damle (*pro hac motion pending*)
Elana Nightingale Dawson (*pro hac motion pending*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: *sy.damle*@lw.com
Email: *elana.nightingaledawson*@lw.com

*Counsel for Defendant Amazon.com, Inc.*