IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUMI KIM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OPENAI INC., *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-1258 (CMH/IDD) |

**DEFENDANT X CORP.'S CORPORATE DISCLOSURE STATEMENT**

　　　Under Federal Rule of Civil Procedure 7.1, Defendant X Corp., by and through its undersigned counsel, states as follows:

　　　X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp.

Dated: September 23, 2025

Respectfully submitted,

*/s/ Frederick S. Rudesheim*
Frederick S. Rudesheim (VA Bar No. 99649)
Shook, Hardy & Bacon
1800 K St. NW, Suite 1000
Washington, DC 20006
Telephone: (202) 639-5653
Email: frudesheim@shb.com

Kenneth M. Trujillo-Jamison
(application for admission pro hac vice forthcoming)
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Telephone: (213) 955-9240

                Facsimile: (213) 955-9250
                Email: ktrujillo-jamison@willlenken.com

*Attorneys for Defendant X Corp.*

1042555.1